# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL CASE NO. 03-00186-CG-M |
| ) | |
| JOHN RODNEY SKELTON, JR., ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on the defendant's motion for reduction of sentence (Doc. 57). Because the court has no authority to grant a reduction of sentence for substantial assistance in investigating or prosecuting another person unless the motion is filed by the United States[1], the motion is **DENIED**.

However, because the motion demonstrates that the defendant did, in fact, testify in a federal prosecution in Georgia, the United States is **ORDERED** to file a statement with the court indicating whether or not it intends to file a Rule 35 motion in this matter. If no Rule 35 motion is to be filed, the court requests that the United States correspond with the defendant and inform him why no motion is to be filed, with a copy to the court.

**DONE and ORDERED** this 30th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Rule 35(b)(2), Federal Rules of Criminal Procedure